UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2004 NOV 23  A 10: 31
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PAUL L. GERMAIN, <br> Plaintiff <br><br> V. <br><br> JOHN DINUCCIO, and <br> RONALD A. HEMEON <br> Defendants | ) <br> ) <br> ) C.A. No. <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

04 12470 DPW

### SEAMAN'S AFFIDAVIT

I, DAVID J. BERG, attorney for the Plaintiff in the above-entitled action, do on oath depose and say as follows:

1. The Plaintiff, PAUL L. GERMAIN, in the above entitled action was a seaman and claims the benefits of the United States Code, Title 28, Section 1916, which provides that:

> "In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor"

David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated: 11/22/04

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

Subscribed and sworn to before me this 22nd day of November, 2004

_____
Notary Public

My commission expires  9-22-06

[Notary seal: DONNA M. TEMPESTA, Notary Public, Commonwealth of Massachusetts, My Commission Expires Sep 22, 2006]