OAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the District of Massachusetts

Paul L. Germain

V.

John Dinuccio and Ronald A. Hemeon

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 - 12470 DPW

TO: (Name and address of Defendant)

John Dinuccio

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Berg
Latti & Anderson, LLP
30-31 Union Wharf
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

NOV 23 2004

(By) DEPUTY CLERK

OAO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

DATE _____

Service of the Summons and complaint was made by me[1]

NAME OF SERVER (PRINT)                TITLE _____

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

---

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

December 1, 2004

I hereby certify and return that on 11/30/2004 at 11:25 am I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of John Dinuccio, 6 Foster Street, Boxford, MA, and by mailing 1st class to the above address on 11/30/2004. Basic Service Fee ($20.00), Conveyance ($4.50), Travel ($16.00), Postage and Handling ($3.00), Copies ($10.00) Total Charges $53.50

Deputy Sheriff Gary Fidrych

_____
Deputy Sheriff

**04-12470 DPW**

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.