OAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the District of Massachusetts

Paul L. Germain

V.

John Dinuccio and Ronald A. Hemeon

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-12470 DPW

TO: (Name and address of Defendant)

Ronald A. Hemeon

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Berg
Latti & Anderson, LLP
30-31 Union Wharf
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within     20     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  TONY ANASTAS

DATE  NOV 23 2004

(By) DEPUTY CLERK

OAO 440 (Rev. 10/93) Summons in a Civil Action

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*                                                                    December 1, 2004

I hereby certify and return that on 11/30/2004 at 12:22 pm I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of Ronald A Hemeon , 23 Rocky Hill Road , Essex, MA and by mailing 1st class to the above address on 11/30/2004. Basic Service Fee ($20.00), Conveyance ($3.00), Travel ($12.80), Postage and Handling ($3.00), Copies ($10.00) Total Charges $48.80

Deputy Sheriff Gary Fidrych

_____
*Deputy Sheriff*