## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL L. GERMAIN , | ) | |
| | ) | Civil Action |
| Plaintiff | ) | Case No. 04-cv-12470-DPW |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN DINUCCIO | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| RONALD A. HEMEON | ) | |
| | ) | |
| Defendants | ) | |

### DEFENDANT'S MOTION FOR ADMISSION OF LEONARD W. LANGER, ESQ., *PRO HAC VICE*

NOW COMES Defendant Ronald A. Hemeon, by and through his counsel, and respectfully moves this Honorable Court for entry of an Order admitting Leonard W. Langer, Esq. to practice before this Court *Pro Hac Vice* in all matters relating to the action styled Germain v. DiNuccio and Hemeon docket no. 04- cv-12470-DPW.  In support of his Motion, Defendant submits the Affidavit of Leonard W. Langer, Esq., in accordance with Local Rule 83.5.3(b).

Mr. Langer is an attorney at law presently admitted to practice and in good standing before the courts of the State of Maine, the United States District Court for the District of Maine, and the United States Court of Appeals for the First and Third Circuits, and the United States Supreme Court.  There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.  He is fully familiar with the facts and proceedings in this matter.  He is of sound moral character and is fit to practice law before this Court, and is

familiar with the rules of the United States District Court for the District of Massachusetts.

Accordingly, Defendant, by his counsel, respectfully requests that this Motion for Admission *Pro Hac Vice* be granted.

Dated: December 30, 2004.

                RONALD A. HEMEON

                By his Counsel:

                /s/   Marshall J. Tinkle, Esq.
                BBO #565513

Tompkins, Clough, Hirshon & Langer. P.A.
Three Canal Plaza
P.O. Box 15060
Portland, ME  04112-5060
(207)874-6700

## CERTIFICATE OF SERVICE

I, Leonard W. Langer, hereby certify that on December 30, 2004, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send a notification of such filing(s) to the following: David Berg, Esq., Latti & Anderson LLP, 30-31 Union Wharf, Boston, MA  02109-1202, counsel for Plaintiff.  I also mailed a copy of the within document by first class mail, postage prepaid, to Defendant John DiNuccio, 6 Foster St., Boxford, MA  01921-2238.

                /s/  Leonard W. Langer

Sam & Ben/Bachand/Mot Adm. Pro Hac Vice

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL L. GERMAIN, | ) | |
| | ) | Civil Action |
| Plaintiff | ) | Case No. 04-cv-12470-DPW |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN DINUCCIO | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| RONALD A. HEMEON | ) | |
| | ) | |
| Defendants | ) | |

## AFFIDAVIT OF LEONARD W. LANGER IN
## SUPPORT OF DEFENDANT'S MOTION FOR ADMISSION
## *PRO HAC VICE*

Leonard W. Langer, first being duly sworn, deposes and says under penalties of perjury:

1.  My name is Leonard W. Langer, and I am an attorney-at-law duly admitted to practice, and in good standing, in all of the courts in the State of Maine, the United States District Court for the District of Maine, the United States Court of Appeals for the First Circuit, and the United States Supreme Court.

2.  I was admitted to practice by the Supreme Judicial Court of the State of Maine on September 27, 1979. I was admitted to practice before the United States District Court for the District of Maine in October, 1979, before the United States Court of Appeals for the First Circuit on December 9, 1987, the United States Court of Appeals for the Third Circuit on March 24, 2003, and before the United States Supreme Court on December 8, 2004.

3.  I am a member in good standing in every jurisdiction in which I have been admitted to practice, and there are no disciplinary actions pending against me in any jurisdiction.

4.  I am currently a shareholder in the law firm of Tompkins, Clough, Hirshon & Langer, P.A., Three Canal Plaza, P.O. Box 15060, Portland, Maine, 04112-5060, 207-874-6700, and have practiced with the firm since its inception in September, 1994.  Prior to that time, I was a partner in the law firm of Thompson, McNaboe, Ashley & Bull, 85 Exchange Street, Portland, Maine.  Prior to my association with the latter firm, I was a law clerk for the Maine Supreme Judicial Court during the period from June, 1978 through June, 1979.

5.  Upon information and belief, neither I, nor any member of the firm of Tompkins, Clough, Hirshon & Langer, P.A., have been denied admission or been disciplined in accordance with the rules of this Court or any other Court.

6.  I have been requested by Defendant Ronald A. Hemeon to appear as his counsel in this action with regard to the claims of Paul L. Germain.

7.  I have previously been admitted to practice *pro hac vice* in the Superior Court of the Commonwealth of Massachusetts, as well as in the United States District Court for the Districts of Massachusetts, New Hampshire, Rhode Island, Vermont, Connecticut, Mississippi, the Western District of Missouri, and the Southern District of New York.

8.  I am making this Affidavit in support of Marshall J. Tinkle, Esq.'s Motion to Admit me *Pro Hac Vice* before the United States District Court for the District of Massachusetts in the above captioned matter.

9.  I am familiar with the rules and procedures of the United States District Court for the District of Massachusetts.

DATED:  December 30, 2004

                                                  /s/  Leonard W. Langer, Esq.

STATE OF MAINE
CUMBERLAND, ss.                                         December 30, 2004.

     Personally appeared the above-named Leonard W. Langer and swore that the foregoing Affidavit is true.

                                                  Before me,

                                                  /s/  Karen Belton
                                                  Notary Public, State of Maine
                                                  My Commission Expires On: 08/26/06

## **CERTIFICATE OF SERVICE**

     I, Leonard W. Langer, hereby certify that on December 30, 2004, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send a notification of such filing(s) to the following:  David Berg, Esq., Latti & Anderson LLP, 30-31 Union Wharf, Boston, MA  02109-1202, counsel for Plaintiff.  I also mailed a copy of the within document by first class mail, postage prepaid, to Defendant John DiNuccio, 6 Foster St., Boxford, MA  01921-2238.

                                                /s/  Leonard W. Langer, Esq.

Hemeon/Germain/LWL Aff'd. Pro Hac Vice