To whom it may concern,

In response to this bogus I find this very disturbing that courts time and money is being wasted on such lies and fabrications.

My name is John DiNuccio, Captain and Owner/Operator of the F/V Lisa-Rose. I've been a commercial fisherman for over 25 years and have spent my whole life on the ocean. I have owned my own fishing buisness for the past 24 years, and I have never had an accident of any kind, or claim against me, in the whole of these years.

Im very well known as a safe captain, putting myself in the risky jobs of the day instead of the crew. For example; The most dangerous part of gillnetting is setting the nets. This job is done by myself + by me only. Im the only Capt. that sets nets were as every other boat gives this job to the low man on the boat. I constantly preach "safety first" + will never, ever, put any one on my boat in harms way. If something on the bow or roof needs lashing down in rough seas, it is myself that will climb outside the boat + get the job done. Never would I send anyone of my crew members outside for this kind of job.

Anyone who knows me will tell you I am constantly reminding the crew

②

to "be carefull", "watch your step, watch out for this fish, it bites + its Alive", ect.

There is also a plaque on the boat that states "All injuries must be reported to the Capt. Immedietly". No one has ever reported any injury to me in 24 years.

As Capt., it is my responsibility to make sure that my crew returns home safely + unharmed in any way, and I take this job very ser~~to~~ seriously.

Now about this bogus claim.

On or about the time Paul Germain claims to have gotten hurt, he was on vacation. Paul is an avid hunter, and every year, Paul takes the last week in November + the whole month of December to hunt for Deer in Mass. This particullar year was no different. Paul is also an Alcholic and about the time of the ~~Allego~~ Alledged Accident, Paul ~~Ap~~ Approached me + told me he had broken his hand in a fist fight at the V.F.W. in Georgetown Mass. on some "juice monkeys hard head". Paul had asked me if we could come up with a story and say that it had happend on the boat so we could "sue the M.L.A..". Paul stated if I would let him do this, that he would split the $ with me, 50/50. My reply was "no way". I have never had a claim against me or the boat + that my insurance

premium would double. Not only that, but Insurance fraud is illegal + I have to much to loose for such a lie + fabrication. At this point Paul replied, "Thats o.k., Ill Just say that I slipped down the ramp + ill sue the state fish pier. I would probably get more money this way anyhow, thanks for nothing." At this I informed Paul that his "scam would never work" for one, there are railings + specially ribbed grids on the ramp to prevent slippage and also there are 24 hour servaliance tapes that show everyone going up and down the ramp and he would have absolutely no way to prove his case. I informed Paul to please leave me out of his illeagal scams. Paul has been doing this sort of thing his whole life + has a long list of law suits. Before this, Paul had fallen on some rocks running away from a fire he had set in order to collect on an illeagle Insurance scam A few years before this alledged Incident Paul ended up breaking his ankle and hurting both knees pretty badly in the fall on the rocks. He then told his landlord in Georgetown that he had fallen down a set of stairs in the house and proceeded to sue his landlord.

this is not Paul first Attempts to sue for this scam. He has already tried unsuccessfully to sue my Boat Ins. Co. + also to sue the Marina. After loosing these, He figured that maybee he would have a chance to extort some of the money that I had worked leagally for in the course of my fishing carear.

Right now Paul is scaming everyone + everything he can. He is illeagally collecting food stamps, oil assistance, Mass Health, and disability, claiming that he is unable to work. Not true. Paul is currently working on the Fishing vessel Comet out of Gloucester Mass. He also operates a Bridgeport Boreing machine out of his garage at 33 taylor street. Paul also operates other illeagle buisness out of his garage that we will not get into. The bottom line here is, this, or these, injuries, did not occure on or near the Fishing vessel Lisa-Rose. the occured on Pauls own off time + as usuall, Paul is trying to illeagally cash in as he has done so many times in the past. I know for sure the truth will prevail. I have many witness, including many of Pauls friends, that will testify in a court of law that this happened in the V.F.W.

*[signature]* thank-you
CAPTAIN F/V LISA-ROSE