# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL L. GERMAIN, | ) | |
| | ) | Civil Action |
| Plaintiff | ) | Case No. 04-cv-12470-DPW |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN DINUCCIO | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| RONALD A. HEMEON | ) | |
| | ) | |
| Defendants | ) | |

## DEFENDANT RONALD A. HEMEON'S MOTION TO RESCHEDULE SCHEDULING CONFERENCE

NOW COMES Defendant Ronald A. Hemeon., by and through his counsel, Tompkins, Clough, Hirshon & Langer, P.A., and moves that the Scheduling Conference in this matter currently scheduled for March 24, 2005 be re-scheduled to April 19, 2005 at 2:30 p.m. In support of its motion, Defendant states as follows:

1. On February 8, 2005, the Court notified counsel that a scheduling conference had been scheduled for March 24, 2005 at 2:30 p.m.

2. Defense counsel has long standing, multiple day depositions scheduled in the matter captioned <u>Acadia Insurance Company v. Mary & Josephine Corp. et. al</u>., Docket No. 04-CV-10374WGY, which schedule includes March 24, 2005.

3. Defense counsel has conferred with counsel for the other parties in this matter, and with the clerk, regarding re-scheduling the conference in this matter, and all have agreed to re-schedule the conference to April 19, 2005 at 2:30 p.m.

2

WHEREFORE, Defendant Ronald A. Hemeon respectfully requests that the Scheduling Conference currently set for March 24, 2005, be re-scheduled to April 19, 2005 at 2:30 p.m.

Dated at Portland, Maine this 18th day of February, 2005.

/s/   Leonard W. Langer

/s/   Marshall J. Tinkle
BBN:  565513

Counsel for Defendant
Ronald A. Hemeon

TOMPKINS, CLOUGH, HIRSHON & LANGER, P.A.
Three Canal Plaza
P. O. Box 15060
Portland, ME  04112
(207) 874-6700

**CERTIFICATE OF SERVICE**

      I, Leonard W. Langer, hereby certify that on February 18, 2005, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send a notification of such filing(s) to the following: David Berg, Esq., Latti & Anderson LLP, 30-31 Union Wharf, Boston, MA 02109-1202, counsel for Plaintiff, and to Roberta E. Lawlor, Esq., Law Office of Kevin F. Gillis, Esq., 600 Canton St., Canton, MA 02021, counsel for Defendant John DiNuccio.

                                              /s/ Leonard W. Langer

Germain/Hemeon/Mot Cont sched Conf