### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL L. GERMAIN , | ) | |
| | ) | Civil Action |
| Plaintiff | ) | Case No. 04-cv-12470-DPW |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN DINUCCIO | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| RONALD A. HEMEON | ) | |
| | ) | |
| Defendants | ) | |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify to the Court that they have conferred with regards to establishing a budget for the cost of conducting the litigation and the possible use of the District Court's Alternative Dispute Resolution programs.

The undersigned have also conferred with regard to the question of settlement.

DATED at Portland, Maine, this 13th day of April, 2005.

           /s/   Leonard W. Langer, Esq.

           /s/   Marshall J. Tinkle, Esq.
             Bar No. 565513

           Counsel for Defendant
           Ronald Hemeon

  Tompkins, Clough, Hirshon
    & Langer, P. A.
  Three Canal Plaza
  P. O. Box 15060
  Portland, ME  04112-5060
   207-874-6700

2

<u>/s/  Amy Sanborn</u>
Senior Marine Claims Representative
Acadia Insurance Company

(responsible for handling the claims asserted by Plaintiff herein)


**<u>CERTIFICATE OF SERVICE</u>**

I, Leonard W. Langer, hereby certify that on April 13, 2005, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send a notification of such filing(s) to the following:  David Berg, Esq., Latti & Anderson LLP, 30-31 Union Wharf, Boston, MA  02109-1202, counsel for Plaintiff, and to Kevin F. Gillis, Esq., The Law Office of Kevin F. Gillis, Esq., 600 Chapman St., Canton, MA  02021, counsel for Defendant John DiNuccio.

<u>/s/  Leonard W. Langer</u>

Hemeon/Germain/Rule 16.1 Cert. of Compliance