UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL L. GERMAIN,<br>　　Plaintiff<br><br>v.<br><br>JOHN DINUCCIO and<br>RONALD A. HEMEON<br>　　Defendants | )<br>)<br>)<br>)　CIVIL ACTION<br>)　CASE NO.: 04-12470-DPW<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Kindly enter my appearance as counsel in this case for Defendant, John Dinuccio.

I hereby certify that I am admitted to practice in this court and that I am in good standing.

/s/ Kevin F. Gillis, Esq.
BBO No.: 567133
Counsel for defendant, John Dinuccio
The Law Office of Kevin F. Gillis, Esq.
600 Chapman Street
Canton, MA 02021-2064

DATED:　　4/13/05

## CERTIFICATE OF SERVICE

I, Kevin F. Gillis, Esq., hereby certify that on April 13, 2005, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send a notification of such filing(s) to the following:  David J. Berg, Esq., Latti & Anderson LLP, 30-31 Union Wharf, Boston, MA 02109, counsel for Plaintiff, and Leonard W. Langer, Esq., Tompkins, Clough, Hirshon & Langer, P.A., Three Canal Plaza, PO BOX 15060, Portland, ME 04112-5060, counsel for co-defendant Ronald A. Hemeon.

/s/ Kevin F. Gillis, Esq.