UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL L. GERMAIN,     ) | |
|     Plaintiff    ) | |
| ) | CIVIL ACTION |
| v.    ) | CASE NO.: 04-12470-DPW |
| ) | |
| JOHN DINUCCIO and    ) | |
| RONALD A. HEMEON    ) | |
|     Defendants    ) | |

## CERTIFICATE PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify that they have conferred with regards to establishing a budget for the cost of conducting the litigation and the possible use of the District Court's Alternative Dispute Resolution programs.

The undersigned also hereby certify that they have conferred with regards to plaintiff's settlement demand and settlement prospects in general.

/s/ Kevin F. Gillis, Esq.
BBO No.: 567133
Counsel for defendant, John Dinuccio
The Law Office of Kevin F. Gillis, Esq.
600 Chapman Street
Canton, MA 02021-2064


/s/ Peggy Dupont
Senior Claims Representative
MLA Non-Profit Boat Protection Cooperative, Ltd.
(responsible for handling the claims asserted by Plaintiff herein)


DATED:     4/13/05

**CERTIFICATE OF SERVICE**

I, Kevin F. Gillis, Esq., hereby certify that on April 13, 2005, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send a notification of such filing(s) to the following: David J. Berg, Esq., Latti & Anderson LLP, 30-31 Union Wharf, Boston, MA 02109, counsel for Plaintiff, and Leonard W. Langer, Esq., Tompkins, Clough, Hirshon & Langer, P.A., Three Canal Plaza, PO BOX 15060, Portland, ME 04112-5060, counsel for co-defendant Ronald A. Hemeon.

/s/ Kevin F. Gillis, Esq.