UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL L. GERMAIN,<br>       Plaintiff<br><br>V.<br><br>JOHN DINUCCIO, and<br>RONALD A. HEMEON,<br>       Defendants | Civil Action<br><br>No. 04-12470-DPW |

## ASSENTED TO MOTION TO EXTEND TIME FOR COMPLETING SETTLEMENT

NOW COMES the Plaintiff, and states as follows:

1. Pursuant to the Court's settlement order, the settlement was to be completed by January 4, 2006.

2. Although the parties have worked diligently to agree on the settlement papers, the settlement will not be fully consummated by that date. The parties anticipate that the release will be forwarded to the Defendant very shortly, and that the settlement check will be forwarded to the Plaintiff immediately thereafter.

3. Accordingly, the Plaintiff requests a brief extension of the time for completing settlement to January 20, 2006.

4. Counsel for the Defendant has been contacted, and assents to this motion.

WHEREFORE, the Plaintiff respectfully requests that the Court extend the time for completing settlement to January 20, 2006.

        Respectfully submitted for the
the Plaintiff, Paul L. Germain,
by his attorney,


/s/ David J. Berg
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

CERTIFICATE OF SERVICE

    I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ David J. Berg
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

Dated: 12/29/05