UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL L. GERMAIN,<br> Plaintiff<br><br>V.<br><br>JOHN DINUCCIO, and<br>RONALD A. HEMEON,<br> Defendants | )<br>)<br>)<br>) Civil Action<br>)<br>) No. 04-12470-DPW<br>)<br>)<br>)<br>) |

**NOTICE OF SETTLEMENT**

  Now comes the Plaintiff in the above-entitled action and notifies this Court that the above entitled action has settled.  Plaintiff requests a 30 day order.

          Respectfully submitted for the
          Plaintiff, Paul L. Germain,
          by his attorney,


          /s/ David J. Berg
          /s/ David J. Berg, BBO 558624
          Latti & Anderson LLP
          30-31 Union Wharf
          Boston, MA 02109
          (617) 523-1000


Dated:  December 30, 2005