UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL L. GERMAIN,<br>    Plaintiff<br><br>V.<br><br>JOHN DINUCCIO, and<br>RONALD A. HEMEON,<br>    Defendants | )<br>)<br>)<br>)  Civil Action<br>)<br>)  No. 04-12470-DPW<br>)<br>)<br>)<br>) |

### MOTION TO EXTEND TIME FOR COMPLETING SETTLEMENT

NOW COMES the Plaintiff, and states as follows:

1.    Pursuant to the Court's recent order, the settlement is to be completed by January 30, 2006.

2.    Counsel for the Plaintiff has tried to contact the Plaintiff to have him sign the Defendant's release, but has been unable to reach him by mail or telephone.  Counsel for the Plaintiff does not know why the Plaintiff has not responded to counsel's letters, but believes that justice and equity mandate that the Plaintiff be given one additional opportunity to execute the release.  Counsel for the Plaintiff will forward to the Plaintiff any additional order that the Court may make on this issue.

3.    Accordingly, the Plaintiff requests a brief extension of the time for completing settlement to February 17, 2006.

4.    Counsel for the Plaintiff called counsel for the Defendant, and counsel for the Defendant assents to this motion.

    WHEREFORE, the Plaintiff respectfully requests that the Court extend the time for completing settlement to February 17, 2006.

        Respectfully submitted for the
the Plaintiff, Paul L. Germain,
by his attorney,

/s/ David J. Berg
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ David J. Berg
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

Dated: January 30, 2006