# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL L. GERMAIN,<br>    Plaintiff<br><br>V.<br><br>JOHN DINUCCIO, and<br>RONALD A. HEMEON,<br>    Defendants | )<br>)<br>)<br>)   Civil Action<br>)<br>)   No. 04-12470-DPW<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

NOW COME the parties herein, by and through their undersigned counsel, and pursuant to Rule 41(a), F.R.Civ.P., hereby stipulate that the above captioned matter be dismissed *With Prejudice and Without Costs* to any party.

DATED: February 24, 2006.

                                              /s/   David J. Berg, Esq.
                                              Counsel for the Plaintiff
                                              Paul Germain

Latti & Anderson, LLP
30-31 Union Wharf
Boston, MA   02109
  617-523-1000

DATED: February 24, 2006.

                                              /s/   Leonard W. Langer, Esq.
                                              Counsel for the Defendant
                                              Ronald A. Hemeon

Tompkins, Clough, Hirshon
   & Langer, P. A.
Three Canal Plaza
P. O. Box 15060
Portland, ME  04112-5060
  207-874-6700

DATED: February 24, 2006.

/s/   Kevin F. Gillis, Esq.
Counsel for Defendant
John DiNuccio

Law Offices of Kevin Gillis
600 Chapman St.
Canton, MA  02021
781-575-1848